UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 19-cr-10099-NMG |
| | ) | |
| SHIRLEY DALEY, | ) | |
|        Defendant | ) | |

**DEFENDANT'S OBJECTIONS TO GOVERNMENT'S WITNESS LIST**

Now comes Shirley Daley, the defendant in the above captioned matter, and states her objections to the introduction of job titles and labels of certain government witnesses.

Specifically, the defendant objects to the use of the "expert" label associated with government witnesses Sharon Valerio and Norma Izquierdo (Doc. No. 85).

**Argument**

Under Federal Rule of Criminal Procedure 16(a)(1)(G), the government must, upon the defendant's request, provide "a written summary of any testimony that the government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence." In other words, the government must provide Mrs. Daley with notice and a written summary of its proposed expert testimony. Federal Rule of Evidence 702. However; in this case, according to the government, the witnesses are not being called to testify as experts. They are being called to testify as lay witnesses under. The use of the term "expert" comes from the job titles of the witnesses.

The problem for Mrs. Daley is that the "expert" label may mislead the jury (Federal Rule of Evidence 403), or cause jurors to assign too much weight to the testimony of those witnesses, whom are testifying as lay witnesses under Federal Rule of Evidence 701, not as experts.

The defendant requests that the Court order that the government instruct its witnesses to refrain from introducing themselves as experts. Moreover, the defendant requests that the Court instruct the government to not ask any questions

that might elicit testimony that would suggest that these witnesses are indeed experts. It is not unreasonable, nor onerous, for the government to instruct its witnesses to omit the term "expert" from a job description.

Respectfully submitted,
Shirley Daley,
By her attorney,

Date: November 9, 2021

*/s/ Henry Fasoldt*
Henry Fasoldt, BBO # 667422
185 Devonshire Street, Ste. 302
Boston, MA 02110
henry@bostondefenselaw.com
617-338-0009 – office
617-784-3312 – cell

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 9, 2021.

/s/ Henry Fasoldt